**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DAVID BELL,

       Plaintiff,

vs.                                       CASE NO. 3:09cv521/RS-EMT

GUY THOMPSON and UNITED WAY
OF SANTA ROSA COUNTY, INC.,

       Defendants.

_____/

## ORDER

Plaintiff's Emergency Motion For Enlargement Of Time For Discovery (Doc. 56) is **denied**.

Plaintiff's Emergency Motion For Extension Of Time To Respond To The Motion For Summary Judgment is **denied**. Plaintiff shall file his response to Defendants' Motion For Summary Judgment not later than July 30, 2010.

**ORDERED** on July 22, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**