IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID BELL,

    Plaintiff,

vs.                                       CASE NO. 3:09cv521/RS-EMT

GUY THOMPSON and UNITED WAY
OF SANTA ROSA COUNTY, INC.,

    Defendants.

_____/

## ORDER

Before me is the Stipulation Of Settlement And Joint Motion For Court Approval Of Settlement Agreement (Doc. 65).

**IT IS ORDERED:**

1. The terms of the settlement between the parties, which appear in the "SUMMARY OF TERMS OF SETTLEMENT" (Doc. 65-1) are approved.
2. This case is dismissed with prejudice.
3. The clerk is directed to close the file.

**ORDERED** on September 7, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**